UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MAHMOUD,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD CHAVEZ, JOHN PIERCE (aka PEIRCE), and DOES 1-25,<br><br>    Defendants. | 2:05-cv-1712-GEB-JFM<br><br>ORDER RE SETTLEMENT AND DISPOSITION AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On November 4, 2005, Plaintiff's counsel telephoned chambers to report that this case has settled and to request a continuance of the Status (Pretrial Scheduling) Conference scheduled for November 14, 2005.[1]  The parties have until November 28, 2005, to file a dismissal document or a proposed order which could effect dismissal.  See L.R. 16-160(b).  Further, the Status (Pretrial Scheduling) Conference currently scheduled on November 14, 2005, is continued to February 21,

---

[1] Plaintiff failed to file a status report as required in the Order Setting Status (Pretrial Scheduling) Conference filed August 24, 2005.  Plaintiff is warned that she faces sanctions jurisprudence when she fails to obey requirements in a court order.

1

1  2006, at 9:00 a.m.  If the action is not dismissed, the parties shall
2  file a joint status conference report no later than February 6, 2006.[2]
3
4          IT IS SO ORDERED.
5
   DATED: November 7, 2005
6
                                    /s/ Garland E. Burrell, Jr.
7                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
8

---

[2] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2